In the Matter of the Claim of NICOLA BERARDI, Respondent, against ACE FIREPROOF DOOR CORPORATION and THE NEW YORK CASUALTY COMPANY, Appellants, and TREMONT FIREPROOF DOOR CORPORATION and THE ÆTNA INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of EMMA SEYMOUR, Respondent, against ODD FELLOWS HOME and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of AGNES M. HANLEY, Respondent, against TURNER CONSTRUCTION COMPANY, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of BEULAH DAVIES, Respondent, against THE CITY OF NEW YORK, CITY COMMISSION WORK BUREAU, EMERGENCY HOME RELIEF, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of THOMAS M. LYNCH and Others, Members of and Constituting the Tax Commission of the State of New York, Respondents, for an Order to Show Cause Why the Assessment Roll of the Tax District of the

Town of Smithville, Chenango County, New York, Should Not Be Corrected. RALPH C. SHARPE and Others, as Assessors, and BOARD OF ASSESSORS OF THE TOWN OF SMITHVILLE, CHENANGO COUNTY, NEW YORK, as a Board and Individually, Appellants.— Order reversed on the law, with ten dollars costs and disbursements, on the ground that a justice of the Supreme Court before whom a proceeding under section 173-a of the Tax Law is pending may not grant an order of reference for the purpose of taking evidence and report as to the matters set forth in the petition and papers filed in opposition thereto, but is required under the section to determine the matter summarily. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.